JOHN KOSKO and Another v. LAWRENCE HAY.[1]

October 22, 1896.

Nos. 10,304—(180).

**Findings Sustained.**

Evidence considered, and *held* sufficient to justify the finding of the trial court.

Appeal by defendant from an order of the district court for Hennepin county, Belden, J., denying a motion for a new trial, after a finding in favor of plaintiff for $51.85. Affirmed.

*J. N. Bearnes*, for appellant.
*Albert H. Hall*, for respondents.

BUCK, J. This action was brought in justice court to recover damages for alleged negligence in partially destroying a buggy of the plaintiffs. Upon trial the defendant had judgment in his favor, but upon appeal to the district court, and a trial therein without a jury, the plaintiffs obtained an order for judgment in their favor.

[3] At page 135.
66 M.—8

[1] Reported in 68 N. W. 607.

There are no material questions of law raised by the appeal; and the. weight of evidence, in the absence of manifest error, was a matter for the trial court to decide. Its finding was clearly supported by the evidence, and the order denying the motion for a new trial is affirmed.